| | | |
|---|---|---|
| D. ALLEN BLANKENSHIP, | : | United States Court of Appeals |
| *Appellant* | : | for the Third Circuit |
| | : | |
| VS. | : | Docket No. 24-2860 |
| | : | |
| FINANCIAL INDUSTRY REGULATORY | : | |
| AUTHORITY | : | |

## MOTION FOR EXTENSION OF THE BRIEFING SCHEDULE

Appellant D. Allen Blankenship hereby respectfully requests that the Court grant an extension of the due date for the Reply Brief in this appeal, for the reasons stated below.

1. The Brief of Appellant was filed in this appeal on December 17, 2024.

2. Via a notice filed January 27, 2025, the United States formally notified the Court of its intervention by right.

3. After receiving two extensions of time to file its Brief (once before intervening and once after), the Brief of the United States as Intervenor is due on March 6, 2025.

4. The United States will support Appellee FINRA.

5. FINRA sought and obtained a first extension of time to file its Brief of Appellee by January 30, 2025.

6. The Clerk later extended FINRA's deadline again, to February 13, 2025.

7.      FINRA timely filed its Brief of Appellee on February 13th.

8.      The Briefing Schedule entered in this appeal allows Mr. Blankenship to file a Reply Brief within 21 days of the date he is served with the Brief of Appellee.

9.      Thus, his Reply Brief is due by March 6, 2025.

10.     Given that March 6th is the due date for the Brief of the United States, Mr. Blankenship will have no opportunity to review and respond to it given the current deadline for his Reply Brief.

11.     Therefore, Mr. Blankenship respectfully requests a twenty-one–day extension from March 6th—to March 27, 2025—to file his Reply Brief.

12.     Counsel for FINRA has graciously consented to this request.

**WHEREFORE**, Appellant D. Allen Blankenship requests an extension of time to file his Reply Brief on or before March 27, 2025, assuming the United States as Intervenor is not given another extension.

Respectfully submitted,

**HLBS LAW**

BY:   */s Dochtor D. Kennedy*
    Dochtor D. Kennedy
Colorado ID No. 45851
390 Interlocken Crescent, Suite 350
Broomfield, CO 80021
720-282-5154


**MARSHALL DENNEHEY, P.C.**

BY:
    Shane Haselbarth
    Kevin T. Todorow
Pennsylvania ID Nos. 206371, 326209
2000 Market Street, Suite 2300
Philadelphia, PA  19103
215-575-2639


*Attorneys for Appellant D. Allen Blankenship*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been

served on all counsel of record in this appeal, via the electronic filing system.


By:   /s/ Shane Haselbarth
          Shane Haselbarth

Date:  February 20, 2025